UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

DANIEL RAY GARCIA,
Institutional ID No. 02354476

    Plaintiff,

v.

MICHAEL Q. WATSON,

    Defendant.

No. 5:21-CV-00112-H

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation that this case be dismissed as moot. Plaintiff filed objections. The District Court has made a de novo review of the relevant portions of the findings and recommendations and reviewed the remainder for plain error. Finding no error, the Court overrules the objections and accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Plaintiff's complaint is moot and is dismissed without prejudice for lack of subject-matter jurisdiction. All relief not expressly granted, and any pending motions are denied.

Dismissal of this action does not release Plaintiff from the obligation to pay any filing fee previously imposed. *See Williams v. Roberts*, 116 F.3d 1126, 1128 (5th Cir. 1997).

Judgment will be entered accordingly.

So ordered on July 20, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE